AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| EASTERN | District of | CALIFORNIA |

DAMEN SMITH

Plaintiff (s),

V.

TUCKER, et al.,

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CIV-S-09-00993 FCD

Notice is hereby given that, subject to approval by the court, __DAMEN SMITH__ substitutes
(Party (s) Name)

__VICTOR JACOBOVITZ__, State Bar No. __66297__ as counsel of record in
(Name of New Attorney)

place of __DAMEN SMITH, IN PRO PER__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: LAW OFFICE OF VICTOR JACOBOVITZ

Address: 3055 WILSHIRE BLVD., SUITE 801, LOS ANGELES, CALIFORNIA 90010

Telephone: (213) 351-1045      Facsimile (213) 351-1049

E-Mail (Optional):

I consent to the above substitution.
Date: 4-29-10
(Signature of Party (s))

I consent to being substituted.
Date: 4-29-10
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 4-29-10
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: May 20, 2010

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

## PROOF OF SERVICE
C.C.P. § 1013a, C.R.C. 2003(3) 2005(I)

STATE OF CALIFORNIA    ]
                       ] ss
COUNTY OF LOS ANGELES  ]

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 3055 Wilshire Boulevard, Suite 801, Los Angeles, CA 90010-1135.

On May 11, 2010, I served the foregoing document(s) described as:

**PLAINTIFF'S DESIGNATION OF COUNSEL
AND CONSENT ORDER GRANTING SUBSTITUTION
OF ATTORNEY**

\_XXX\_ by placing \_\_\_\_\_ the original \_XXX\_ a true copy thereof enclosed in (a) sealed envelope(s) addressed as follows:

MORENO & RIVERA, LLP
1451 River Park Drive, Suite 145
Sacramento, California 95815

\_XXX\_ BY U.S. MAIL       \_\_\_\_\_BY FAX AND U.S. MAIL

\_XXX\_ I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\_\_\_\_\_(BY PERSONAL SERVICE) I caused such envelope to be personally delivered by hand to the addressee(s).

~~XXX~~    (STATE)     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

\_\_/\_\_    (FEDERAL)   I declare that I am employed in the office of a member of the bar of this _____ court at whose direction the service was made.

Executed on May 11, 2010, at Los Angeles, California.

\_\_\_\_William H. Timas\_\_\_\_          *[signature]*
Type or Print Name                    Signature