IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMEN SMITH,

      Plaintiff,                    No. CIV S-09-0993 FCD EFB P

      vs.

TUCKER, et al.,

      Defendants.            ORDER TO SHOW CAUSE

/

     Plaintiff is a state prisoner proceeding with counsel in an action brought under 42 U.S.C. § 1983. On February 15, 2011, the court issued an order setting a final pretrial conference for April 20, 2011. Dckt. No. 50. The order further directed the parties to file a joint pretrial statement no later than fourteen days prior to the April 20, 2011 final pretrial conference (or by April 6, 2011), and cautioned the parties that failure to obey the federal or local rules or orders of the court could result in sanctions. *Id.*

     The court file reveals that the parties have not filed a joint pretrial statement as required by the February 15, 2011 order. Accordingly, the final pretrial conference will be continued and the parties will be ordered to show cause why sanctions should not be imposed for their failure to follow court orders and, plaintiff must also show why this case should not be dismissed for failure to follow court orders and/or for lack of prosecution. E.D. Cal. L.R. 110 ("Failure of

1

counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."); *see also* L.R. 183 ("Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil or Criminal Procedure and by these Local Rules."); *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules is a proper ground for dismissal."). Failure to timely comply with this order may result in sanctions, including a recommendation that this action be dismissed for lack of prosecution.

Accordingly, IT IS HEREBY ORDERED that:

1. The final pretrial conference currently set for April 20, 2011, is CONTINUED to May 4, 2011, at 10:00 a.m., in Courtroom No. 24.

2. The parties shall show cause, in writing, on or before April 20, 2011, why sanctions should not be imposed for failure to follow court orders and, plaintiff shall also show why this action should not be dismissed for failure to follow court orders and/or for lack of prosecution.

3. Also by April 20, 2011, the parties shall file a joint pretrial statement as required by the court's February 15, 2011 order..

4. Failure of plaintiff to comply with this order may result in a recommendation that this action be dismissed for failure to follow court orders and/or for lack of prosecution under Rule 41(b).

DATED: April 7, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE