IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMEN SMITH,

     Plaintiff,                    No. CIV S-09-0993 FCD EFB P

   vs.

TUCKER, et al.,

     Defendants.           <u>ORDER</u>

       Plaintiff, a state prisoner proceeding through counsel, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On February 15, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days from the date the findings and recommendations were served. Plaintiff has filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire

1

1 file, the court finds the findings and recommendations to be supported by the record and by
2 proper analysis.

3        Accordingly, IT IS HEREBY ORDERED that:

4        1.  The findings and recommendations filed February 15, 2011, are adopted in
5 full; and

6        2.  Defendants Alvarez, Long, Borgus, Jenkins, and Ganal are dismissed from this
7 action without prejudice.

8   So ordered.

9 DATED: April 11, 2011.

                                FRANK C. DAMRELL, JR.
                                UNITED STATES DISTRICT JUDGE