IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMEN SMITH,

        Plaintiff,                       No. CIV S-09-0993 FCD EFB P

    vs.

TUCKER, et al.,

        Defendants.              ORDER TO SHOW CAUSE

     On May 4, 2011, the above-captioned case was before the undersigned for a pretrial conference. Attorney Jonathan Paul appeared on behalf of defendants Tucker and Corr; plaintiff, who is represented by attorney Victor Jacobovitz, failed to appear.

     Plaintiff's counsel is HEREBY ORDERED TO SHOW CAUSE, within seven (7) days from the filing date of this order, why he should not be taxed the costs for the appearance of defendants' counsel at the hearing. Additionally, the pretrial conference is HEREBY CONTINUED to June 22, 2011, at 10:00 a.m., in Courtroom No. 24.

Dated: May 5, 2011.

                                          EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE