IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMEN SMITH,

      Plaintiff,                    No. CIV S-09-0993 FCD EFB P

    vs.

TUCKER, et al.,

      Defendants.                <u>ORDER RE SETTLEMENT & DISPOSITION</u>

_____/

      Pursuant to the representations of counsel for defendants, the parties have settled the case in its entirety.

      Accordingly, the court now orders that dispositional documents are to be filed not later than thirty (30) days from the date of this order.

      All hearing dates set in this matter, including the Pretrial Conference currently set for June 22, 2011, are **VACATED.**

////

////

////

////

////

1

1     <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

2 IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

3 CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

4     IT IS SO ORDERED.

5 DATED: June 21, 2011.

                    EDMUND F. BRENNAN
                    UNITED STATES MAGISTRATE JUDGE